Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of

A Maroon Chevrolet Impala with VIN 2G1WT57K291137585, located at the Salt River Police Property and Evidence Bureau, 1147 East Indian School Road, Scottsdale, Arizona

Case No.   21-9326 MB

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona .
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before **1/13/2022** .
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*     ☐ for 30 days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of .

Date and time issued:   12/30/2021 @ 11:37am                    *s/ E.S. Willett*
                                                                                    *Judge's signature*

City and State: Phoenix, Arizona                    Honorable Eileen S. Willett, U.S. Magistrate Judge
                                                                     *Printed name and title*

# ATTACHMENT A

## DESCRIPTION OF ITEM TO BE SEARCHED

**Vehicle to be searched:** 2009 Maroon Chevrolet Impala with (VIN): 2G1WT57K291137585.

**Location of vehicle:** This item is currently secured and located at the Salt River Police Property & Evidence Bureau, 11471 East Indian School Road, Scottsdale Arizona.

## **ATTACHMENT B**

DESCRIPTION OF ITEMS TO BE SEIZED

Evidence in the form of:

1. Live ammunition and ammunition casings.

2. Firearms.

3. Documentation and receipts for purchase of ammunition and firearms.

which may be located inside of a 2009 maroon Chevrolet Impala, with VIN: 2G1WT57K291137585.

Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of | |
|---|---|
| A Maroon Chevrolet Impala with VIN 2G1WT57K291137585, located at the Salt River Police Property and Evidence Bureau, 1147 East Indian School Road, Scottsdale, Arizona | Case No. 21-9326 MB |

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Detective John Wyant, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property (*identify the person or describe the property to be searched and give its location*):

**As further described in Attachment A.**

Located in the District of __Arizona__, there is now concealed (*identify the person or describe the property to be seized*):

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1153 and 113(a)(3) | CIR-Assault with a Dangerous Weapon |
| 18 U.S.C. §§ 1153 and 113(a)(6) | CIR-Assault Resulting in Serious Bodily Injury |

The application is based on these facts:
**As set forth in Attachment C, incorporated herein by reference.**

☒ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*TS*
Reviewed by AUSA Thomas Simon

Det. [signature] # 152
*Applicant's Signature*

John Wyant, Detective, Salt River Police Department
*Applicant's printed name and title*

*Sworn Telephonically*
Date issued: 12/30/2021 @ 11:37am

[signature] E. Willett
*Judge's signature*

City and State: Phoenix, Arizona

Honorable Eileen S. Willett, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### DESCRIPTION OF ITEM TO BE SEARCHED

**Vehicle to be searched:** 2009 Maroon Chevrolet Impala with (VIN): 2G1WT57K291137585.

**Location of vehicle:** This item is currently secured and located at the Salt River Police Property & Evidence Bureau, 11471 East Indian School Road, Scottsdale Arizona.

## ATTACHMENT B

DESCRIPTION OF ITEMS TO BE SEIZED

Evidence in the form of:

1. Live ammunition and ammunition casings.
2. Firearms.
3. Documentation and receipts for purchase of ammunition and firearms.

which may be located inside of a 2009 maroon Chevrolet Impala, with VIN: 2G1WT57K291137585.

# ATTACHMENT C

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, John Wyant, a Detective with the Salt River Police Department ("SRPD"), being duly sworn, depose and state as follows:

## INTRODUCTION

The facts of this case, as more fully detailed herein, are that on July 21, 2021, RICKY BUTLER (hereinafter BUTLER), month and year of birth; March, 2003, an enrolled member of the Salt River Pima-Maricopa Indian Community (SRPMIC), a federally recognized Indian Community, shot D.C., multiple times, with what was believed to be a 9mm handgun outside a residence on East Indian School Road, Scottsdale, Arizona (AZ), within the exterior boundaries of the SRPMIC, in violation of Title 18, United States Code, §§ 1153 and 113(a)(3), Assault with a Dangerous Weapon; and Title 18, United States Code, §§ 1153 and 113(a)(6), Assault Resulting in Serious Bodily Injury. Live ammunition and ammunition casings found at the shooting scene were Federal brand and 9mm in caliber.

On November 3, 2021, Butler was arrested at a Scottsdale hotel. Prior to his arrest, Butler was observed loading property into a maroon, 2009 Chevrolet Impala, VIN: 2G1WT57K291137585 (Impala). Officers at the arrest scene saw live ammunition and ammunition casings in plain view on the front floorboards of the Impala. The live ammunition and ammunition casings were Federal brand and 9mm in caliber.

The Impala was seized and towed to the SRPD Property and Evidence Bureau, 11471 East Indian School Road, Scottsdale, Arizona. I am requesting that the Court issue a search warrant allowing the search for evidence as described in Attachment B, that is, live ammunition and ammunition casings, firearms and receipts of ammunition and firearm purchases, which may be located inside of the Impala, as further described in Attachment A.

## PRELIMINARY BACKGROUND INFORMATION

1. Your affiant is currently assigned as a major crime's detective within the

1

1. Criminal Investigations Division of the Salt River Police Department. Your affiant is SLEC certified through training with the United States Attorney's Office & Bureau of Indian Affairs and is Arizona Police Officer Standards and Training Board (AZPOST) certified.

2. Your affiant has training and experience in investigations including homicides, aggravated assaults and firearm violations.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators and witnesses. This affidavit is intended to show merely there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I have set forth only the facts I believe are necessary to establish probable cause to believe evidence of a violation of Title 18, United States Code, §§ 1153 and 113(a)(3), Assault with a Dangerous Weapon, and Title 18, United States Code, §§ 1153 and 113(a)(6), Assault Resulting in Serious Bodily Injury, is located inside of or within the Impala, more fully described in Attachment A, for items listed in Attachment B.

**DETAILS OF THE INVESTIGATION**

4. On July 21st, 2021 at approximately 0032 hours, the SRPD received a 911 call from C.B. who resides at 10088 East Indian School Road Scottsdale, Arizona, within the SRPMIC. C.B. reported that she and her boyfriend, D.A., heard multiple gunshots very close to their residence.

5. Salt River Police units responded to C.B.'s residence. Officers located D.C. lying by the front door of the next-door residence. D.C. had serious injuries with gunshots wounds to his left shoulder, lower right abdomen, back, and chest.

6. Prior to his transport to the hospital, D.C. identified BUTLER as the person who shot him.

7. The crime scene consisted of areas along the residences driveway that contained live and spent Federal brand 9mm ammunition. Multiple areas of what appeared to be blood droplets led from the middle of the driveway in a zig zag pattern and ended at the front door

where D.C. collapsed.

8. The scene suggested that the first shots were fired at D.C. while he was at the beginning of the driveway. As D.C. then attempted to flee, he was followed by BUTLER, who continued to shoot D.C., leaving live rounds of ammunition and spent ammunition casings around the driveway.

9. An interview was conducted with neighbor D.A. D.A. reported he heard the shooting from inside his home. The incident was captured on his home surveillance cameras. D.A. said his surveillance video showed two vehicles driving up to the residence. D.A. described the first arriving vehicle as a lifted gray truck. The truck possibly belonged to a female identified as T.E. D.A. described the second vehicle as a sedan. That sedan arrived several minutes after the truck. D.A. said within moments of the sedan's arrival, gunshots were heard. The sedan then sped away from the scene. Detectives reviewed the video footage which showed the shape of a sedan. It also showed an individual walking towards the residence where D.C. was shot. The sedan is similar in shape to a Chevrolet Impala.

10. An interview was then completed with D.C. while his gunshot wounds were being treated at the hospital. D.C. reported he arrived at C.B.'s residence with T.E. and A.M. in T.E.'s lifted gray truck. D.C. told detectives he was messaging BUTLER about having his, D.C.'s identification cards returned to him by his former girlfriend, K.M. D.C. had broken up with K.M. because she was "messing around" with BUTLER.

11. D.C. said A.M. yelled that BUTLER wanted to fight him. Although D.C. did not want to fight BUTLER, D.C. still needed to get his identification cards back. So, D.C. went out to meet with BUTLER. D.C. told detectives that as he walked down the driveway towards BUTLER and asked for his id cards, BUTLER pulled out a handgun and began to shoot D.C.

12. D.C. said he was shocked as the first bullet struck him in the shoulder. He began to run towards the residence in an attempt to flee. D.C. told detectives he had fallen in the driveway as BUTLER followed him and continued shooting. D.C. said he did not know how many times he was shot, but he did recall his cousin A.M. trying to keep him conscious as they waited for help to arrive. D.C. told detective he believed the car Butler rode in to be black or

3

dark in color.

13. T.E. was interviewed. She said BUTLER arrived in a sedan with two other people. She told detectives that BUTLER was in the front passenger seat with another male driving and a female in the rear seat. She stated she could see the occupants inside the vehicle due to the windows not being tinted.

14. T.E. was also present when BUTLER confronted D.C. and began shooting. She stated BUTLER followed D.C. down the driveway and continued shooting as D.C. tried to flee.

15. D. C. was interviewed a second time while recovering at his mother's home. He stated he had broken up with K.M., but initially he thought he was speaking with her through text messaging about his identification cards. He said she must have given her telephone to Butler. D.C said he was really intoxicated and did not know Butler had showed up until he was told by T.E. that Butler was outside the residence. D.C said was told he needed to handle it and was under the impression no guns would be involved.

16. D.C said Butler approached him after exiting the passenger side of a black or dark car. D.C. said he asked Butler "What up cuz?" Butler then pulled out a gun and began to shoot D.C. as he attempted to flee the area. D.C said he knows Butler from high school and although they are not friends, they have spoken to each other in the past.

17. K.M. was located and interviewed. K.M. stated she was present at the time D.C. was shot by Butler. K.M verified D.C was trying to get his identification cards back, but Butler took her cellphone and told her he would take care of the situation. K.M said she and Butler were driving around with a third person by the name of A.C. who was also in possession of a firearm. K.M. said they were driving around in an attempt to locate D.C. K.M. said Butler was doing all of the texting with D.C. and that he would not let the situation go as she kept insisting for him to do. K.M said when they arrived at the location in which D.C. was shot, Butler told her to lay down in the back seat and to not look up. K.M. said she nonetheless looked up and saw Butler point a gun at D.C. and begin shooting. K.M. stated Butler then ran back to the car and they fled the area.

4

18. On November 3, 2021, Butler and another, A.C., were arrested as they were checking out of a hotel in Scottsdale, Arizona. Prior to the arrest, officers saw Butler loading property into a 2009 maroon Chevrolet Impala with a vehicle identification number of 2G1WT57K291137585. After the arrest, officers saw in plain view live ammunition and ammunition casings on the Impala's front floorboards. The live ammunition and ammunition casings were Federal brand and 9mm in caliber. The vehicle was secured and towed to the Salt River Property and Evidence Bureau, located at 11471 East Indian School Road Scottsdale, Arizona.

19. Based on the above information, on your affiant's training and experience, I know the search of Impala may yield items of evidence as reflected in Attachment B for analysis to support the aforementioned criminal violations. Therefore, your affiant seeks authority to search the Impala, as further describe in Attachment A.

## CONCLUSION

20. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that evidence described in Attachment B, is located within the aforementioned Impala, as more fully described in Attachment A, and will support an investigation related to violations of 18 U.S.C. §§ 1153 and 113(a)(3), Assault with a Dangerous Weapon; and 18 U.S.C. §§ 1153 and 113(a)(6), Assault Resulting in Serious Bodily Injury. This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 12/30/2021

Det. _____ #152
Detective John Wyant #152
Criminal Investigation Division
Salt River Police Department

**Telephonically**
Subscribed and sworn to before me this **30** day of December, 2021.

_____ EsWillett _____
Honorable Eileen S. Willett
United States Magistrate Judge
District of Arizona

6